IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEROME CALFEE,

    Plaintiff,

v.                              Civil Action No. 3:17CV467–HEH

WESTERN TIDEWATER
REGIONAL JAIL,

    Defendant.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on July 13, 2017, the Court conditionally docketed Plaintiff's action. On July 24, 2017, United States Postal Service returned the July 13, 2017 Memorandum Order to the Court marked, "RETURN TO SENDER" and "ADDRESSEE NOT IN OUR FACILITY." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                          /s/
                              HENRY E. HUDSON
Date: Aug 7 2017      UNITED STATES DISTRICT JUDGE
Richmond, Virginia